UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the eleventh day of November, two thousand and fifteen,

RCJV HOLDINGS, INC.,

 Plaintiff - Appellant-Cross-Appellee,

-against-

COLLADO RYERSON, S.A. de C.V.,      **JOINT STIPULATION**

 Defendant - Appellee,            Docket Nos.: 15-415, 15-463

CORYER, S.A. de C.V.,

 Defendant - Appellee-Cross-Appellant,

NATIXIS,

 Intervenor - Appellee-Cross-Appellant.

  The undersigned counsel for the parties stipulate that the above-captioned appeal (Docket No. 15-415) and cross-appeal (Docket No. 15-463) are withdrawn without costs or attorneys' fees and pursuant to Local Rule 42.1. Appellant may reinstate the appeal (Docket No. 15-415) by filing written notice with the Clerk, and serving such notice upon the undersigned appellees, by January 11, 2016. Cross-Appellants may reinstate the cross-appeal (Docket No. 15-463) by filing written notice with the Clerk, and serving such notice upon the undersigned cross-appellee, by January 11, 2016. The time tolled under LR 31.2 if any, begins to run again from the date of appellant's reinstatement notice to the Clerk.

  If not timely reinstated, the appeal and cross-appeal shall be mandated pursuant to FRAP 41.

1

Date: New York, NY
November 11, 2015

_____
Attorneys for Plaintiff - Appellant-Cross-Appellee
RCJV HOLDINGS, INC.
Stefan Brant Kalina, Esq.
Cox Padmore Skolnik & Shakarchy LLP
630 3rd Avenue, 19th Floor
New York, NY 10017
Direct: 212-953-6633

Date: New York, NY
November 11, 2015

_____
Attorneys for Defendant - Appellee
COLLADO RYERSON, S.A. de C.V. and
Defendant - Appellee-Cross-Appellant
CORYER, S.A. de C.V.
Seth T. Taube, Esq.
Joseph Charles Perry, Esq.
Baker Botts LLP
30 Rockefeller Plaza, 45th Floor
New York, NY 10112
Direct: 212-408-2655

Date: New York, NY
November 11, 2015

_____
Attorneys for Intervenor - Appellee-Cross-Appellant
NATIXIS
Wendy H. Schwartz, Esq.
Lauren K. Handelsman, Esq.
Binder & Schwartz LLP
28 West 44th Street, Suite 700
New York, NY 10036
Direct: 212-510-7008

2